**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-26-00123-CV**
_____

**STACEY SPRUNG, Appellant**

**V.**

**MATTHEW COWAN AND STEVE MCCAMPBELL, Appellees**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-06-08731**

_____

**MEMORANDUM OPINION**

Stacey Sprung, Appellant, filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on April 15, 2026
Opinion Delivered April 16, 2026
Before Golemon, C.J., Wright and Chambers, JJ.

1